UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00304

———

**Michael Guice, Jr.,**
*Plaintiff,*

v.

**Gregg County et al.,**
*Defendants.*

———

## ORDER

Plaintiff, an inmate proceeding pro se, filed this action alleging violations of his constitutional rights. Doc. 1. The court referred the case to a magistrate judge, who ordered plaintiff to file an amended complaint setting out a short and plain statement of his claims. Doc. 4. Plaintiff sought and received an extension of time to comply but failed to do so. *See* Docs. 8, 9. The magistrate judge then issued a report recommending that the court dismiss plaintiff's lawsuit without prejudice for failure to prosecute or to comply with a court order. Doc. 10 at 3. Plaintiff received the report but filed no objections. Doc. 11.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this matter are dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on May 13, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -